# Exhibit 3 – Revised Attorney Time Ledger

| Date | Quantity | Price | ActivityDescription | | Description |
|---|---|---|---|---|---|
| 8/31/2016 | 0.3 | 250 | Conlon | $75.00 | Revised settlement, re-inserted confession of judgment provision, revised to only include the installment |
| 8/31/2016 | 4.8 | 250 | Conlon | $1,200.00 | Drafted memorandum in support of settlement approval |
| 8/31/2016 | 0.4 | 250 | Conlon | $100.00 | Phone calls w/ LN; discussed confession of judgment provision; revisions to verbiage in section B of settlement |
| 8/30/2016 | 0.7 | 250 | Conlon | $175.00 | Prepared memorandum in support of settlement approval; drafted intro section; reviewed other docs to find material to copy into memorandum |
| 8/29/2016 | 0.4 | 250 | Conlon | $100.00 | LN and NC called court; requested guidance re: submitting settlement to court for review; had follow-up discussion re: revising settlement consistently with guidance from the court |
| 8/24/2016 | 0.3 | 250 | Conlon | $75.00 | Phone call w/ LN; discussed additional minor edits and typos in settlement agreement |
| 8/23/2016 | 0.8 | 250 | Conlon | $200.00 | Revised settlement; continued adding 50/50 breakdowns of checks in payment section. Added provision for court retaining jurisdiction over settlement and revised stipulated order |
| 8/22/2016 | 0.5 | 250 | Conlon | $125.00 | Revised settlement agreement; added 50/50 splits for 1099/w-2 treatment |
| 8/19/2016 | 0.3 | 250 | Conlon | $75.00 | Phone call w/ LN re: revisions to settlement agreement |
| 8/8/2016 | 0.9 | 250 | Conlon | $225.00 | Revised settlement; revised payment section to reflect w2/1099 split; drafted affidavit of confession of judgment |
| 8/8/2016 | 0.2 | 250 | Conlon | $50.00 | sw LN re: revisions to settlement |
| 8/2/2016 | 0.2 | 250 | Conlon | $50.00 | phone conv. w/ FP re: settlement |
| 7/31/2016 | 0.5 | 250 | Conlon | $125.00 | Task - Draft settlement |
| 7/30/2016 | 2.7 | 250 | Conlon | $675.00 | Task - Draft settlement |
| 7/8/2016 | 5 | 250 | Conlon | | Participated in 2nd mediation session; settled for $119k. |
| 7/8/2016 | 1 | 250 | Conlon | $250.00 | Travel to and from SDNY for mediation |
| 7/8/2016 | 1.5 | 600 | Brown | $900.00 | mediation with clients and mediator - JTB left early |
| 7/8/2016 | 1 | 600 | Brown | $600.00 | travel back from SDNY for mediation |
| 7/8/2016 | 1 | 600 | Brown | $600.00 | travel to SDNY for mediation |
| 7/7/2016 | 1.4 | 600 | Brown | $840.00 | review of file for mediation tomorrow |
| 7/7/2016 | 0.5 | 250 | Conlon | $125.00 | Prepared for 2nd mediation session; reviewed depo transcripts to print out portions discussing signed time sheets |
| 7/6/2016 | 0.2 | 250 | Conlon | $50.00 | Team Meeting: Discussion of case strategy,JTB, NC, AI, TT, EP, CW |
| 7/6/2016 | 0.2 | 600 | Brown | $120.00 | Team Meeting: Discussion of case strategy,JTB, NC, AI, TT, EP, CW |
| 7/6/2016 | 0.2 | 345 | Almonrode | $69.00 | Team Meeting: Discussion of case strategy,JTB, NC, AI, TT, EP, CW |
| 7/6/2016 | 0.2 | 100 | Pereyra | $20.00 | Team Meeting: Discussion of case strategy,JTB, NC, AI, TT, EP, CW |
| 7/6/2016 | 0.2 | 100 | Weser | $20.00 | Team Meeting: Discussion of case strategy,JTB, NC, AI, TT, EP, CW |
| 7/6/2016 | 0.3 | 250 | Conlon | $75.00 | Drafted settlement confirmation form and sent to DJ via docusign |
| 7/6/2016 | 0.2 | 250 | Conlon | $50.00 | Phone call w/ FP re: plan for Friday's mediation |
| 7/6/2016 | 0.2 | 250 | Conlon | $50.00 | Phone call w/ SK re: plan for Friday's mediation |
| 7/5/2016 | 0.3 | 100 | Pereyra | $30.00 | Phone conv. w/ Ms. Joseph she confirmed she will not be available to attend 2nd mediation and she informed me that she will not be able to attend. Informed nick and he drafted her settlement authority which I docusigned to her. |
| 7/5/2016 | 0.1 | 100 | Pereyra | $10.00 | Sent brief email to Mr. Seydou confirming his attendance at the 2nd Mediation |
| 7/5/2016 | 0.1 | 100 | Pereyra | $10.00 | Sent text message confirmation to Mr. Chimbay re: his attendance to the 2nd mediation |

| Date | Hours | Rate | Attorney | Amount | Description |
|---|---|---|---|---|---|
| 7/5/2016 | 0.1 | 100 | Pereyra | $10.00 | 2nd Mediation - Penaloza<br><br>7/5/16 - EP - sent email confirmation of mediation attendance |
| 6/30/2016 | 0.3 | 250 | Conlon | $75.00 | phone conv. w/ mediator re: fee petition and deposition testimony |
| 6/25/2016 | 1 | 100 | Pereyra | $100.00 | Travel to and from SDNY for mediation session |
| 6/24/2016 | 6.2 | 100 | Pereyra | $620.00 | Mediation 06.23.16 |
| 6/23/2016 | 1 | 250 | Conlon | $250.00 | Travel to and from SDNY for mediation session |
| 6/23/2016 | 6.3 | 250 | Conlon | $1,575.00 | Mediation session |
| 6/21/2016 | 1 | 250 | Conlon | $250.00 | Call w/ mediator |
| 6/17/2016 | 0.5 | 250 | Conlon | $125.00 | call w/ LN and BM mediator; intro mediation call |
| 6/13/2016 | 7.8 | 250 | Conlon | $1,950.00 | Prepared mediation statement; reviewed damage calculations, made additional calculations to present in table of mediation statement; researched case law on liq. damages and pre-judgment interest; drafted mediation statement |
| 6/2/2016 | 0.2 | 250 | Conlon | $50.00 | phone conv. w/ LN, he said 6/23 works for him, not 6/16. |
| 5/31/2016 | 0.4 | 250 | Conlon | $100.00 | Reviewed correspondence from mediator, checked relevant portions of mediation procedures, wrote e-mail instructions for contacting P's re: attendance |
| 5/25/2016 | 0.5 | 250 | Conlon | $125.00 | drafted internal settlement authority forms |
| 5/25/2016 | 0.9 | 250 | Conlon | $225.00 | Reviewed and processed notification of mediator assignment; put dates into calendar; drafted ltr. to LN, drafted e-mail to CW w/ instructions for contacting Plaintiffs |
| 5/13/2016 | 0.4 | 250 | Conlon | $100.00 | finalized damage breakdown and sent to LN |
| 5/6/2016 | 0.4 | 250 | Conlon | $100.00 | Drafted ltr. motion to stay discovery pending mediation |
| 5/6/2016 | 0.7 | 250 | Conlon | $175.00 | Further phone discussion w/ Nuwesra re: mediation process and impact on case scheduling order |
| 5/6/2016 | 0.3 | 250 | Conlon | $75.00 | Phone conv. w/ Nuwesra re: mediation, stay on further discovery |
| 5/5/2016 | 1.7 | 250 | Conlon | $425.00 | Reviewed and revised damage model in order to prepare initial demand |
| 5/4/2016 | 0.6 | 600 | Brown | $360.00 | Lunch meeting between depositions; recapped first deposition and discussed key points for 2nd deposition |
| 5/4/2016 | 0.6 | 250 | Conlon | $150.00 | Lunch meeting between depositions; recapped first deposition and discussed key points for 2nd deposition |
| 5/4/2016 | 3.8 | 600 | Brown | $2,280.00 | Assisted w/ deposition of 500 Clarkson |
| 5/4/2016 | 4.3 | 600 | Brown | $2,580.00 | Took deposition of 504 clarkson |
| 5/4/2016 | 1.5 | 600 | Brown | $900.00 | Travel to and from Jersey City to deposition location |
| 5/4/2016 | 4.3 | 250 | Conlon | $1,075.00 | Assisted with deposition of 504 clarkson |
| 5/4/2016 | 3.8 | 250 | Conlon | $950.00 | Took deposition of 500 Clarkson |
| 5/4/2016 | 1.3 | 250 | Conlon | $325.00 | Travel to and from Jersey City to deposition location |
| 5/4/2016 | 0.7 | 250 | Conlon | $175.00 | Printed copies of exhibits and created index list |
| 5/4/2016 | 3.5 | 600 | Brown | $2,100.00 | preparation for 30b6 depositions |
| 5/3/2016 | 3.3 | 250 | Conlon | $825.00 | Prepped for depositions; reviewed payroll calculations, exhibits, condensed outline |
| 5/3/2016 | 2.5 | 250 | Conlon | $625.00 | printed and compiled exhibits for deposition |
| 5/3/2016 | 0.3 | 250 | Conlon | $75.00 | phone conv. w/ DJ re status of case |
| 5/2/2016 | 2.8 | 600 | Brown | $1,680.00 | studying and preparation for taking 30b6 depositions |
| 5/1/2016 | 4.5 | 250 | Conlon | $1,125.00 | revised deposition outline, reviewed docs and annotated outline w/ potential exhibits |
| 5/1/2016 | 2 | 250 | Conlon | $500.00 | revised deposition outline; added additional questions to each section |
| 4/30/2016 | 1.7 | 250 | Conlon | $425.00 | Reviewed cases and added questions to 30(b)(6) outline |
| 4/30/2016 | 1.3 | 250 | Conlon | $325.00 | reviewed case law on WTPA, Rule 23 cert. of NYLL claims |
| 4/29/2016 | 0.5 | 250 | Conlon | $125.00 | phone conv. w/ LN re: martinez stip; D's discovery responses. Expects no further production of docs; |
| 4/29/2016 | 2.6 | 250 | Conlon | $650.00 | gathered docs in prep for deposition; public record files, declarations from docket, cases |
| 4/26/2016 | 0.3 | 250 | Conlon | $75.00 | Drafted ltr. to LN confirming new depo dates and times |

| Date | Hours | Rate | Attorney | Amount | Description |
|---|---|---|---|---|---|
| 4/26/2016 | 0.3 | 250 | Conlon | $75.00 | phone conv. w/ court reporting service, rearranged depo dates and times that were originally booked last week |
| 4/26/2016 | 0.3 | 250 | Conlon | $75.00 | phone conv. w/ LN re: depo dates |
| 4/25/2016 | 0.4 | 250 | Conlon | $100.00 | Drafted ltr. to LN re: deposition dates |
| 4/25/2016 | 0.1 | 250 | Conlon | $25.00 | Left voicemail for LN |
| 4/24/2016 | 0.8 | 250 | Conlon | $200.00 | revised damage model; created and applied formula for assuming hours and days worked in weeks with no time card records |
| 4/23/2016 | 0.6 | 250 | Conlon | $150.00 | researched case law re: single enterprise and class certification |
| 4/23/2016 | 1 | 250 | Conlon | $250.00 | revised damage model, created weekly calculation formula |
| 4/21/2016 | 1.8 | 250 | Conlon | $450.00 | Reviewed SK, DJ, SC depo's for confidentiality |
| 4/21/2016 | 2 | 250 | Conlon | $500.00 | drafted ltr. to LN re: outstanding disc. deficiencies, reviewed and gathered prior correspondence on the issues |
| 4/21/2016 | 0.6 | 175 | Teng | | start review Plaintiff SEGUNDO CHIMBAY 's deposition transcript and Exhibits and make internal note |
| 4/21/2016 | 0.1 | 175 | Teng | | speak with NC re marking "confidential" on certains pages of plaitniffs deposition transcripts |
| 4/21/2016 | 1 | 175 | Teng | $175.00 | speak with NC and mark "confidential" on pages of the deposition transcripts of plaintifs KONATE, JOSEPH and CHIMBAY |
| 4/20/2016 | 0.5 | 175 | Teng | | continue to review of Plaintiff DANIE JOSEPH's deposition transcript and Exhibits and make internal note |
| 4/20/2016 | 1.7 | 175 | Teng | | continue to review of Plaintiff DANIE JOSEPH's deposition transcript and Exhibits and make internal note |
| 4/20/2016 | 1.3 | 175 | Teng | | complete review of Plaintiff DANIE JOSEPH's deposition transcript and Exhibits and make internal note |
| 4/19/2016 | 0.5 | 250 | Conlon | $125.00 | Revised deposition notices, served and calendared |
| 4/19/2016 | 0.8 | 175 | Teng | | continue to review of Plaintiff DANIE JOSEPH's deposition transcript and Exhibits and make internal note |
| 4/18/2016 | 2.3 | 175 | Teng | $402.50 | review of Plaintiff DANIE JOSEPH's deposition transcript and Exhibits and make internal note |
| 4/15/2016 | 2 | 100 | Weser | $200.00 | Completed, Damage Model based on D's Productions, Part 4 |
| 4/14/2016 | 1.5 | 100 | Weser | $150.00 | Damage Model based on D's Productions, Part 3 |
| 4/13/2016 | 2 | 100 | Weser | $200.00 | Damage Model based on D's Productions, Part 2 |
| 4/12/2016 | 0.5 | 250 | Conlon | $125.00 | phone conv. w/ LN re: depo scheduling and ltr. To court |
| 4/12/2016 | 2 | 100 | Weser | $200.00 | Damage Model based on D's Productions, Part 1 |
| 4/12/2016 | 0.7 | 175 | Teng | $122.50 | discuss with NC re marking confidential for certain pages of the deposition transcripts; continue to review Plaintiff SEYDOU KONATE's deposition transcript and Exhibits and make internal note |
| 4/12/2016 | 4 | 175 | Teng | $700.00 | continue to review Plaintiff SEYDOU KONATE's deposition transcript and Exhibits and make internal note |
| 4/12/2016 | 1.8 | 175 | Teng | $315.00 | finish review of Plaintiff SEYDOU KONATE's deposition transcript and Exhibits and make internal note |
| 4/11/2016 | 0.5 | 250 | Conlon | $125.00 | drafted joint ltr. to court re: 2 additional weeks for depositions |
| 4/11/2016 | 3 | 250 | Conlon | $750.00 | Defended deposition of Fernando Penaloza |
| 4/11/2016 | 0.5 | 250 | Conlon | $125.00 | lunch after deposition w/ FP |
| 4/11/2016 | 1.3 | 250 | Conlon | $325.00 | travel to and from deposition |
| 4/11/2016 | 1.1 | 175 | Teng | $192.50 | discuss with NC re case strategies; start review Plaintiff SEYDOU KONATE's deposition transcript |
| 4/10/2016 | 1.7 | 250 | Conlon | $425.00 | met with FP for depo prep |
| 4/8/2016 | 0.3 | 250 | Conlon | $75.00 | NC and TT discussed damage model |
| 4/8/2016 | 1 | 250 | Conlon | $250.00 | Finalized deposition notices, reviewed calendar, served by mail |
| 4/8/2016 | 2.3 | 175 | Teng | | continue to review discovery production and work on data entry on the spreadsheet to establish damage model; discuss with NC re discrepancies in the produced pay records |

| Date | Hours | Rate | Attorney | Amount | Description |
|---|---|---|---|---|---|
| 4/8/2016 | 5.8 | 175 | Teng | $1,015.00 | continue to review discovery production and work on data entry on the spreadsheet to establish the 4 plaintiffs' damage model |
| 4/7/2016 | 0.7 | 175 | Teng | | continue to review discovery production and work on data entry on the spreadsheet to establish damage model |
| 4/7/2016 | 1.7 | 175 | Teng | | continue to review discovery production and work on data entry on the spreadsheet to establish damage model |
| 4/7/2016 | 0.7 | 175 | Teng | | continue to review discovery production and work on data entry on the spreadsheet to establish damage model |
| 4/6/2016 | 1 | 250 | Conlon | $250.00 | assessed status of depo notices, reviewed calendar, searched for name and contact info of potential individual deponents |
| 4/6/2016 | 2.2 | 175 | Teng | | review pay records produced by defense counsel; create an Excel spreadsheet and work on data entry to establish damage model |
| 4/5/2016 | 1.2 | 175 | Teng | $210.00 | review the 2nd Amended Class/Collecive Action Complaint and discovery production so as to establish plaintiffs' damage model |
| 4/5/2016 | 0.1 | 175 | Teng | | discuss with NC re review of discovery production and to establish damage model |
| 4/1/2016 | 1.3 | 250 | Conlon | $325.00 | phone conv. w/ LN re: FP depo dates |
| 3/30/2016 | 0.6 | 250 | Conlon | $150.00 | Deadline to serve additional discovery; .6 drafted 2nd RFPs |
| 3/29/2016 | 0.4 | 250 | Conlon | $100.00 | Drafted privilege log for Konate declaration |
| 3/29/2016 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus_Privelege Log_to Nuwesra_Via 1st Class Mail_3.29.16.pdf |
| 3/28/2016 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus_Fax to Nuwesra_Re. Penaloza Dep Availibility_And Martinez Stip_sent 3.28.16.pdf |
| 3/28/2016 | 0.4 | 250 | Conlon | $100.00 | drafted ltr. To D re: depositions, Martinez stip |
| 3/23/2016 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus_Fax to Nuwesra_Re. Follow to LTR From 3.23.16_Faxed 3.23.16.pdf |
| 3/23/2016 | 0.5 | 250 | Conlon | $125.00 | drafted ltr. To LN re: Martinez dismissal, FP availiability, 30(b)(6) depo dates |
| 3/21/2016 | 0.2 | 250 | Conlon | $50.00 | phone conv. w/ Seydou, leaving for Africa until 5/29; .4 drafted martinez stip of dismissal and letter to Lee re: deposition transcripts and dates |
| 3/2/2016 | 0.3 | 250 | Conlon | $75.00 | conf. call w/ court re: stip of dismissal |
| 3/1/2016 | 0.2 | 250 | Conlon | $50.00 | email to JTB re: language in court order re: opt-in period |
| 2/29/2016 | 0.1 | 250 | Conlon | $25.00 | phone conv. w/ SK, updated status of case |
| 2/23/2016 | 0.2 | 250 | Conlon | $50.00 | Drafted ltr. to Nuwera re: 30(b)(6) dates, Uprety, status of deposition transcripts |
| 2/23/2016 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus_ Ltr Faxed to Nuwesra_2.23.16.pdf |
| 2/12/2016 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus_Dep Notices for Pizza Plus, 504 Clarkson, 500 Clarkson_Via usps priority 2.12.16.pdf |
| 2/12/2016 | 0.6 | 600 | Brown | $360.00 | 30b6 notice - thorough topics re: proofs needed |
| 2/9/2016 | 1.8 | 250 | Conlon | $450.00 | Prepared 30(b)(6) deposition notices, added topics from draft initially created in Fall 2015 |
| 2/8/2016 | 2.1 | 250 | Conlon | $525.00 | reviewed MSJ and motion to compel orders involving factual disputes over amount of cash payments |
| 2/5/2016 | 2.2 | 250 | Conlon | $550.00 | Drafted Konate declaration in preparation for 216(b) motion |
| 1/29/2016 | 0.3 | 250 | Conlon | $75.00 | Finalized and filed joint. ltr. motion to extend discovery |
| 1/27/2016 | 0.3 | 250 | Conlon | $75.00 | Drafted ltr. to Nuwesra re: unresponsiveness to last letter, status of discovery extension, deposition transcripts |
| 1/27/2016 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus_Ltr Faxed to Nuwesra_Re. unresponsiveness_ext of Uprety answer _1.27.16.pdf |
| 1/20/2016 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus_Fax to Nuwesra_re. Draft of Joint Ltr_Scheduling Order_1.20.16.pdf |
| 1/19/2016 | 2.6 | 250 | Conlon | $650.00 | Prepared joint filing to extend case management schedule, made revisions to previous scheduling order document, drafted joint ltr. |

| Date | Hours | Rate | Attorney | Amount | Description |
|---|---|---|---|---|---|
| 1/13/2016 | 1 | 250 | Conlon | $250.00 | Travel to and from Status conf. SDNY |
| 1/13/2016 | 0.3 | 250 | Conlon | $75.00 | Status conf. SDNY |
| 1/6/2016 | 0.1 | 250 | Conlon | $25.00 | Drafted ltr. to to Nuwesra_Re. phone call monday 01.11.16 |
| 1/6/2016 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus_Fax to Nuwesra_Re. phone call monday 01.11.16_1.6.16.pdf |
| 1/5/2016 | 1.2 | 250 | Conlon | $300.00 | traveled to and from location of Chimbay deposition: 315 Madison |
| 1/5/2016 | 2.6 | 250 | Conlon | $650.00 | Defended deposition of Segundo Chimbay |
| 1/5/2016 | 0.2 | 250 | Conlon | $50.00 | Drafted ltr. to Nuwesra re: Re. Dep for SC & FP_Scheduled for 1.5.16 |
| 1/5/2016 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus_Fax to Nuwesra_Re. Dep for SC & FP_Scheduled for 1.5.16_faxed 12.30.15.pdf |
| 12/24/2015 | 0.2 | 250 | Conlon | $50.00 | Drafted ltr. to Nuwesra re: Review of Dep Transcripts for SK & DJ |
| 12/24/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus_Fax to Nuwesra_Review of Dep Transcripts for SK & DJ_12.24.15.pdf |
| 12/23/2015 | 1.8 | 250 | Conlon | $450.00 | Defended deposition of Danie Joseph |
| 12/23/2015 | 1.3 | 250 | Conlon | $325.00 | Traveled to and from deposition location, 315 Madison |
| 12/23/2015 | 2.8 | 250 | Conlon | $700.00 | Defended deposition of Seydou Konate |
| 12/18/2015 | 0.2 | 250 | Conlon | $50.00 | Drafted ltr. to Nuwesra confirming Depo of Danie Joseph_12.23.15 at 415 PM |
| 12/18/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus_Re. Dep Danie Joseph_12.23.15 at 415 PM_sent via fax 12.18.15.pdf |
| 12/9/2015 | 0.2 | 250 | Conlon | $50.00 | Drafted ltr. to Nuwesra re; Re. Dep dates for SK and DJ_rescheduled for 12.23.15 |
| 12/9/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus_Fax to Nuwesra_Re. Dep dates for SK and DJ_rescheduled for 12.23.15_sent 12.9.15.pdf |
| 12/9/2015 | 0.2 | 250 | Conlon | $50.00 | Reviewed ltr. from Nuwesra requesting to reschedule Plaintiff's depositions |
| 12/4/2015 | 0.2 | 250 | Conlon | $50.00 | Drafted ltr. to Nuwesra re: Re. Dep dates for SK and DJ |
| 12/4/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus_Fac to Nuwesra_Re. Dep dates for SK and DJ_12.4.15.pdf |
| 11/25/2015 | 0.7 | 250 | Conlon | $175.00 | Reviewed D's supplemental doc production |
| 11/11/2015 | 0.2 | 100 | Pereyra | $20.00 | Faxed document: Chimbay v Pizza Plus_Prudction to Nuwesra_VIa FAX & USPS Priority 11.11.15 pt 1.pdf |
| 11/11/2015 | 1.5 | 250 | Conlon | $375.00 | Prepared and served Plaintiff's supplemental document production to Nuwesra along w/ cover letter describing documents as well as discussing deficiencies in Defendants' discovery productions |
| 11/10/2015 | 1 | 100 | Pereyra | $100.00 | Assisted w/ depo prep w/ Penaloza, Sudeep Uprety and Danie Joseph at office; helped translate and organize and scan documents |
| 11/10/2015 | 1.4 | 250 | Conlon | $350.00 | Met w/ Penaloza, Sudeep Uprety and Danie Joseph at office; reviewed documents produced by D in discovery |
| 11/6/2015 | 0.2 | 250 | Conlon | $50.00 | Reviewed ltr. from Nuwesra re: scheduling depositions |
| 10/29/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus_Ltr Faxed to Nuwesra_Re. Depo Avail_Deficiencies to be cured by 11.6.15_sent 10.29.15.pdf |
| 10/29/2015 | 1.5 | 250 | Conlon | $375.00 | Prepared ltr. to Nuwesra outlining deficiencies in discovery; drafted ltr. re: deficiencies and touching base on status of Plaintiff's availability and document production |
| 10/28/2015 | 1.2 | 250 | Conlon | $300.00 | Met w/ Seydou Konate at office; reviewed documents produced by D in discovery |
| 10/21/2015 | 1 | 250 | Conlon | $250.00 | Travel to and from Status conference SDNY |
| 10/21/2015 | 0.3 | 250 | Conlon | $75.00 | Status conference SDNY |
| 10/20/2015 | 1.3 | 250 | Conlon | $325.00 | Initial review of Defendants' discovery responses and production |
| 10/16/2015 | 0.2 | 250 | Conlon | $50.00 | Drafted ltr. to Nuwesra re: Availabilty in Nov_Dec |
| 10/16/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus Ltr Fxd to Nuwesra_re Availabilty in Nov_Dec_sent 10.16.15.pdf |
| 10/13/2015 | 0.3 | 250 | Conlon | $75.00 | Reviewed final version of confidentiality stip, executed and returned to Nuwesra |
| 10/13/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus_Ltr_Fxd_to Nuwesra_ FULLY EXECUTED Proposed Confidentiality Order_10.13.15.pdf |
| 10/8/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus Ltr Faxed to Lee Nuwesra_10.8.15_Re. Confidentiality Agreement_10.8.15.pdf |
| 10/8/2015 | 0.3 | 250 | Conlon | $75.00 | Drafted ltr. to Nuwesra re: proposed revisions to confidentiality agreement |
| 10/8/2015 | 0.3 | 250 | Conlon | $75.00 | Phone discussion w/ Nuwesra re: proposed confidentiality order |
| 10/8/2015 | 0.5 | 250 | Conlon | $125.00 | Reviewed proposed confidentiality order |

| Date | Hours | Rate | Person | Amount | Description |
|---|---|---|---|---|---|
| 10/1/2015 | 0.3 | 250 | Conlon | $75.00 | Drafted ltr. to Nuwesra re Dep of 504 Clarkson_P's Deps_and Disc Responses |
| 10/1/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus Ltr Fxd to Nuwesra_re Dep of 504 Clarkson_P's Deps_and Disc Responses_10.1.15.pdf |
| 9/24/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus_Response to Doc Requests_to Nuwesra_sent via usps priority 09.24.15.pdf |
| 9/23/2015 | 2.9 | 250 | Conlon | $725.00 | Prepared Plaintiff's initial document response; organized and bates stamped documents, drafted response document, researched objection for tax documents |
| 9/21/2015 | 0.8 | 250 | Conlon | $200.00 | Reviewed D's reply to MTD |
| 9/21/2015 | 1.1 | 100 | Pereyra | $110.00 | Assisted w/ depo prep meeting of Penaloza and Chimbay, translated and helped organize and scan documents |
| 9/21/2015 | 1.4 | 250 | Conlon | $350.00 | Met w/ Chimbay and Penaloza at office to prepare for deposition |
| 9/21/2015 | 0.3 | 250 | Conlon | $75.00 | Drafted ltr. to Nuwesra re: Plaintiff deposition availiability |
| 9/21/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus_Ltr_toNuwesra_re_Depo Rescheduling_faxed_09.21.15.pdf |
| 9/20/2015 | 1 | 250 | Conlon | $250.00 | Met at office w/ Sudeep Uprety and Danie Joseph to prep for depositions and go over documents |
| 9/17/2015 | 1 | 250 | Conlon | $250.00 | Met w/ Seydou Konate at office to go over documents and prep for deposition |
| 9/16/2015 | 0.3 | 250 | Conlon | $75.00 | Drafted ltr. to Nuwesra re: Discovery that has been served to date |
| 9/16/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus_Ltr Faxed_to Nuwesra_Re Discovery that has been served to date_ Faxed 09.16.15 + Conf of Receipt.pdf |
| 9/14/2015 | 6.6 | 250 | Conlon | $1,650.00 | Drafted body of response to MTD, revised, finalized, filed on ECF |
| 9/13/2015 | 3.5 | 250 | Conlon | $875.00 | Drafted portions of response to MTD |
| 9/11/2015 | 1.8 | 250 | Conlon | $450.00 | Further research in prep for response to D's MTD: supplemental jurisdiction in FLSA cases, pleading standard for single integrated enterprise; reviewed Juarez opinion to develop argument re: necessity of each P working for each D |
| 9/10/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus_Fax_to NUWESRA_Requetsing Contact_09.10.15.pdf |
| 9/4/2015 | 1.2 | 250 | Conlon | $300.00 | Researched in prep for response to MTD; standard for converting MTD into MSJ; exempt status not a jurisdictional defect |
| 9/1/2015 | 0.8 | 250 | Conlon | $200.00 | Initial review of D's MTD |
| 9/1/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus_Ltr Faxed to Lee Nuwesra_Re_Doc Request Extention_Sent Via Fax_w. Confirmation of receipt 09.1.15.pdf |
| 9/1/2015 | 0.2 | 250 | Conlon | $50.00 | Drafted ltr. to Nuwesra requesting extension for Plaintiffs' discovery responses |
| 8/28/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus_Dep Notice to 504 Clarkson Inc_via USPS Priority & Fax w. confirmation of receipt 08.28.15.pdf |
| 8/28/2015 | 0.2 | 250 | Conlon | $50.00 | Finalized and served 30(b)(6) notices |
| 8/28/2015 | 0.3 | 600 | Brown | $180.00 | reviewed 30(b)(6) notices |
| 8/25/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus_Discovery Mailed via USPS Priority 08.25.15.pdf |
| 8/25/2015 | 0.8 | 250 | Conlon | $200.00 | Drafted RFP's to newly-joined defendants and served |
| 8/25/2015 | 1.7 | 250 | Conlon | $425.00 | Drafted 30(b)(6) deposition notices for 500 Clarkson and 504 Clarkson |
| 8/19/2015 | 0.5 | 250 | Conlon | $125.00 | Finalized and sent ltr. to Nuwesra re: clarifying service of discovery requests |
| 8/19/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus_Ltr Faxed to Lee Nuwesra on 08.19.15 in re to availability in Oct 2015+ Confirmation Receipt.pdf |
| 8/18/2015 | 0.3 | 250 | Conlon | $75.00 | Reviewed ltr. from Nuwesra re; service of amended complaint and discovery requests |
| 8/18/2015 | 1.5 | 250 | Conlon | $375.00 | Prepared ltr. to Nuwesra re: clarifying service of discovery requests; requesting depo dates. Reviewed scans of discovery requests served thus far, prior correspondence; reviewed calendar for availiability |
| 8/17/2015 | 0.4 | 100 | Pereyra | $40.00 | Phone conv. w/ Chimbay and Penaloza re: scheduling depositions and prep meetings |
| 8/13/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus_ Ltr Faxed to Nuwesra on 08.13.15 + Confirmation of Receipt.pdf |
| 8/13/2015 | 0.5 | 250 | | $125.00 | Drafted ltr. to LN re: consent to reschedule next conference; status of discovery to and from additional Defendants |

| Date | Hours | Rate | Attorney | Amount | Description |
|---|---|---|---|---|---|
| 8/13/2015 | 1.3 | 100 | Pereyra | $130.00 | Worked on informing each Plaintiff of disc. requests and depo notices served by Defendants; called each Plaintiff, wrote e-mails describing documents; scanned documents into separate attachments |
| 8/12/2015 | 1 | 250 | Conlon | $250.00 | Travel to and from SDNY for status conference |
| 8/12/2015 | 0.3 | 250 | Conlon | $75.00 | Status conference SDNY |
| 8/10/2015 | 0.5 | 250 | Conlon | $125.00 | Reviewed ltr. from Nuwesra alleging deficient service; reviewed file to determine whether further service neeeded |
| 8/10/2015 | 0.2 | 600 | Brown | $120.00 | Reviewed fax from Def Co Lee Nuswera objecting to parts of service |
| 7/30/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Segundo Chimbay v Pizza Plus_ (5) copies of 2nd Amended Complaint_(5) Summons sent via usps priority 07.30.15.pdf |
| 7/29/2015 | 1.8 | 250 | Conlon | $450.00 | Drafted doc demands to Pizza Plus |
| 7/29/2015 | 0.1 | 250 | Conlon | $25.00 | Faxed document: Chimbay v Pizza Plus_Production of Docs_To Defendants_via usps priority_&fax_w. confirmation of receipt07.29.15.pdf |
| 7/23/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Segundo Chimbay v Pizza Plus_(5) Summons_Sent_to_Lee Nuwesra_via upss priority 07.23.15.pdf |
| 7/8/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Segundo Chimbay v Pizza Plus_(3) Summons_Sent_to_Lee Nuwesra_via upss priority 07.08.15.pdf |
| 7/6/2015 | 0.2 | 250 | Conlon | $50.00 | Filed 26(f) report |
| 7/2/2015 | 0.3 | 250 | Conlon | $75.00 | Drafted and filed proposed summons |
| 6/25/2015 | 0.5 | 250 | Conlon | $125.00 | Drafted ltr. to court re: extending time to file 26(f) report |
| 6/25/2015 | 0.1 | 600 | Brown | $60.00 | JTB phone conv. w/ LN re: the filing from today |
| 6/25/2015 | 0.3 | 250 | Conlon | $75.00 | NC phone conv. w/ LN, said he will f/u by Wed 7/1 re: all D's consent to tolling agreement |
| 6/22/2015 | 0.6 | 250 | Conlon | $150.00 | Drafted ltr to LN re removal of certain D's; records showing officers of corporate defendants; scheduling order |
| 6/22/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus_Ltr Faxed to Lee Nuwesra on 07.01.15 in re to 26(f) Report+ Confirmation Receipt.pdf |
| 6/21/2015 | 1.6 | 250 | Conlon | $400.00 | Revised SAC - removed certain defendants |
| 6/16/2015 | 1 | 250 | Conlon | $250.00 | Travel to and from SDNY for status conference |
| 6/16/2015 | 0.3 | 250 | Conlon | $75.00 | Status conference before Judge Ellis SDNY |
| 6/8/2015 | 1.3 | 250 | Conlon | $325.00 | final revisions to reply to D's opp to P's motion for leave to amend; filed |
| 6/8/2015 | 0.8 | 600 | Brown | $480.00 | Revised Reply to Amend Complaint Motion |
| 6/7/2015 | 2.6 | 250 | Conlon | $650.00 | Drafted reply to D's opp to P's motion for leave to amend; discussion of allegations in complaint, joinder analysis |
| 6/6/2015 | 3.3 | 250 | Conlon | $825.00 | Drafted reply to D's opp to P's motion for leave to amend; preliminary statement, chart of factual disputes, standard for motion to amend |
| 6/5/2015 | 1.7 | 250 | Conlon | $425.00 | Prepared reply memo for motion for leave to amend; researched 2nd circuit case law on use of declarations in opposing pleadings; standard for assessing joinder at the pleading stage |
| 6/3/2015 | 1 | 250 | Conlon | $250.00 | Finalized Plaintiff's Initial Disclosures and served |
| 6/3/2015 | 1 | 250 | Conlon | $250.00 | Reviewed D's opp to motion for leave to amend and declaration in opposition |
| 6/3/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus Initial Disclosures Faxed & Mailed to Lee Nuwesra_ via USPS_plus Fax Conf_Receipt.pdf |
| 6/2/2015 | 0.8 | 250 | Conlon | $200.00 | Prepared Plaintiffs' Initial Disclosures |
| 6/2/2015 | 0.2 | 250 | Conlon | $50.00 | filed stip extending P's time to file reply memo for motion to file SAC |
| 6/2/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v. Pizza Plus - Fax Excuted Stip for Plaintiff's Reply - received 060215.pdf |
| 6/1/2015 | 0.2 | 250 | Conlon | $50.00 | Drafted stip extending P's time to file reply memo for motion to file SAC |
| 6/1/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus Ltr Faxed to Lee Nuwesra_ON_06.01.15 Re. Chimbay&Penaloza memo reply extended until06.08.15.pdf |

| Date | Hours | Rate | Attorney | Amount | Description |
|---|---|---|---|---|---|
| 5/26/2015 | 0.2 | 250 | Conlon | $50.00 | Reviewed ltr. from LN re: interest in settlement for some P's |
| 5/18/2015 | 0.2 | 250 | Conlon | $50.00 | Drafted ltr. to LN requesting records/dates of employment for Plaintiffs |
| 5/18/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Pizza Plus - Fax letter to Def. 051815.pdf |
| 5/13/2015 | 1 | 250 | Conlon | $250.00 | travel to and from NYC for initial status conference |
| 5/13/2015 | 1 | 350 | Almonrode | $350.00 | travel to and from NYC for initial status conference |
| 5/13/2015 | 2.25 | 250 | Conlon | $562.50 | Initial status conference and conf. between counsel afterward; discussed tolling, further amendments to complaints, potential counterclaims |
| 5/13/2015 | 2.25 | 350 | Almonrode | $787.50 | initial conference. Court & conference with def. atty: 2.25 hr. Travel back to office: .5 hr. With NC |
| 5/12/2015 | 0.2 | 250 | Conlon | $50.00 | Filed 26(f) report |
| 5/8/2015 | 2 | 250 | Conlon | $500.00 | Drafted proposed scheduling order and cover ltr. to LN |
| 5/8/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus Ltr Faxed to Lee Nuwesra 5.8.15_Drafted_Proposed_Scheduling_Order.pdf |
| 5/8/2015 | 1.25 | 250 | Conlon | $312.50 | 26(f) conference NC and LN |
| 5/5/2015 | 0.2 | 250 | Conlon | $50.00 | Drafted ltr. to LN re: coordinating dates for 26(f) conf. |
| 5/5/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay - Fax Letter to Def. Atty. re. scheduled call - 050515.pdf |
| 5/1/2015 | 0.2 | 250 | Conlon | $50.00 | Drafted ltr. to LN arranging 26(f) conf. |
| 5/1/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus Ltr Faxed to Lee Nuwesra 5.1.15 requesting Rule 26f Conference w. confirmation of receipt.pdf |
| 4/13/2015 | 0.3 | 250 | Conlon | $75.00 | Magistrate consent form; reviewed, signed, e-mailed to chambers |
| 4/10/2015 | 0.5 | 250 | Conlon | $125.00 | Responded to LN's 4/9/15 ltr. re: 26(f) conference; pulled template scheduling order for Judge Forrest and drafted ltr. |
| 4/10/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus Ltr Fxd to Lee Nuwesra 4 10 15.pdf |
| 4/9/2015 | 0.2 | 250 | Conlon | $50.00 | Reviewed ltr. from LN re: 26(f) conf. |
| 4/9/2015 | 6 | 250 | Conlon | $1,500.00 | Prepared and filed motion to amend complaint; finalized SAC, drafted notice of motion and cert. of service, drafted brief in support; attorney declaration filed on ECF; prepared courtesy copy. |
| 4/8/2015 | 0.5 | 250 | Conlon | $125.00 | Reviewed prior correspondence and drafted follow-up ltr. re: consent to amended complaint |
| 4/8/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus Ltr Fxd to Lee Nuwesra 4 8 15.pdf |
| 3/30/2015 | 0.2 | 250 | Conlon | $50.00 | Reviewed FOIA response |
| 3/27/2015 | 0.4 | 250 | Conlon | $100.00 | Drafted and delivered FOIA request |
| 3/27/2015 | 0.2 | 600 | Brown | $120.00 | reviewed and edited ltr. to LN re: requesting consent to filing of SAC, joining additional defendants, collective action notice |
| 3/27/2015 | 0.5 | 250 | Conlon | $125.00 | Drafted ltr. to LN re: requesting consent to filing of SAC, joining additional defendants, collective action notice |
| 3/27/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus Ltr Fxd to Lee Nuwesra 3 27 15.pdf |
| 3/24/2015 | 0.5 | 350 | Almonrode | $175.00 | revised second amended complaint |
| 3/24/2015 | 0.4 | 600 | Brown | $240.00 | Work on Second Amended Complaint incorporating more plaintiffs and multiple defendants |
| 3/20/2015 | 0.7 | 250 | Conlon | $175.00 | Reviewed Answer |
| 3/19/2015 | 1 | 250 | Conlon | $250.00 | Sent draft SAC to each Plaintiff for verification; created mark-up copies for each Plaintiff focusing on allegations pertaining to them individually |

| Date | Hours | Rate | Attorney | Amount | Description |
|---|---|---|---|---|---|
| 3/17/2015 | 0.7 | 250 | Conlon | $175.00 | Drafted ltr. to Defendants re: representation of Plaintiffs and improper contact |
| 3/17/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay v Pizza Plus Ltr sent to Lee Nuwesra on 3 17 15 re Representation.pdf |
| 3/10/2015 | 0.8 | 250 | Conlon | $200.00 | Drafted intake questions for P's re: interrelation of Defendants' different operations and locations |
| 3/10/2015 | 0.5 | 250 | Conlon | $125.00 | Revised and finalized resp. ltr. to LN re: accusations of false representations to court; gave to EP for fax transmission |
| 3/10/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Segundo Chimbay v Pizza Plus ltr faxed to Lee Nuwesra on 3 10 15.pdf |
| 3/7/2015 | 4.5 | 250 | Conlon | $1,125.00 | Revised complaint; added specific workweek allegations for additional Plaintiffs; section on single integrated enterprise theory; section w/ allegations for each Defendant. |
| 3/6/2015 | 1.2 | 250 | Conlon | $300.00 | Reviewed and compiled PACER filings from prior FLSA lawsuits against Himani businesses |
| 3/6/2015 | 0.6 | 250 | Conlon | $150.00 | Drafted resp. ltr. to LN re: accusations of false representations to court |
| 3/6/2015 | 2.2 | 250 | Conlon | $550.00 | Prepared filing; amended complaint to remove allegation about D doing business in Kings County, corrected civil cover sheet, drafted ltr. to Court explaining amendment and intent to transfer |
| 3/6/2015 | 0.3 | 600 | Brown | $180.00 | Reviewed ltr. from D re: false allegations in ltr. to court re: transfer |
| 3/6/2015 | 0.3 | 250 | Conlon | $75.00 | Reviewed ltr. from D re: false allegations in ltr. to court re: transfer |
| 3/4/2015 | 0.2 | 600 | Brown | $120.00 | Reviewed ltr. from LN re: process for amendment and transfer |
| 3/4/2015 | 0.2 | 250 | Conlon | $50.00 | Reviewed ltr. from LN re: process for amendment and transfer |
| 3/4/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Segundo Chimbay v Pizza Plus Faxed ltr plus confirmation of receipt to Lee Nuwesra Office 3 4 15.pdf |
| 3/3/2015 | 0.9 | 250 | Conlon | $225.00 | Revised complaint; preliminary statement section; added DJ and SU as Plaintiffs |
| 3/3/2015 | 0.3 | 250 | Conlon | $75.00 | Finalized ltr. to LN re: amendment and transfer and sent to LN |
| 3/3/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Chimbay - Fax to Def. Re. Stip for transfer 030315.pdf |
| 3/2/2015 | 0.3 | 600 | Brown | $180.00 | Revised ltr. to LN re: proposing process for amending complaint and transfer |
| 2/27/2015 | 0.7 | 250 | Conlon | $175.00 | Drafted ltr. memorializing 2/27 call between LN and JTB; proposing process for amending complaint and transferring to SDNY |
| 2/27/2015 | 0.2 | 600 | Brown | $120.00 | phone conv. w/ defense counsel Lee Nuwersa re: stipulations to change venue to SD and other matters |
| 2/26/2015 | 1.6 | 250 | Conlon | $400.00 | Conducted public records search for other food business owed by Himani's |
| 2/23/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Segundo Chimbay v Pizza Plus faxed ltr to Lee Nuwesra arranging meeting with Jason 2 27 15 at 11 AM.pdf |
| 2/23/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Segundo Chimbay v Pizza Plus faxed ltr to Lee Nuwesra in re to venue change.pdf |
| 2/23/2015 | 2.3 | 250 | Conlon | $575.00 | Drafted ltr. to def. counsel re: rule 11 issues, incorrectly memorializing correspondence, difficulties w/ communication |
| 2/23/2015 | 0.7 | 250 | Conlon | $175.00 | Researched standard for rule 11 sanctions wrt. factually incorrect statements |
| 2/22/2015 | 0.4 | 600 | Brown | $240.00 | Revised letter back to Defendants 2/20 letter. |
| 2/20/2015 | 0.5 | 250 | Conlon | $125.00 | Initial intake w/ Danie Joseph |
| 2/20/2015 | 0.3 | 600 | Brown | $180.00 | Review of Defendant's late Friday letter responsive to my letter, |
| 2/18/2015 | 0.1 | 100 | Pereyra | $10.00 | Faxed document: Segundo Chimbay v Pizza Plus Fax To Lee Nuwesra 2 18 15.pdf |
| 2/17/2015 | 0.9 | 600 | Brown | $540.00 | Review of Defendants 6 page letter and JTB responsive letter to defendants letter threatening Rule 11 |
| 2/17/2015 | 1.3 | 250 | Conlon | $325.00 | Drafted resp. ltr. to LN and proposed stips |
| 2/17/2015 | 0.4 | 250 | Conlon | $100.00 | Researched effect of consenting to amendment of complaint on ability to amend as of right |
| 2/17/2015 | 0.3 | 250 | Conlon | $75.00 | Researched 2nd cir. law of triggering Rule 11 21-day safe harbor |
| 2/17/2015 | 0.7 | 250 | Conlon | $175.00 | Reviewed 2nd circuit law regarding amending complaint in response to Rule 11 |
| 2/15/2015 | 0.6 | 600 | Brown | $360.00 | JTB reviewed letter reviewed 6 page letter from defendant chronicling his (unfounded) concerns, research into the issues he raised and emails to staff to reply |
| 2/15/2015 | 0.6 | 250 | Conlon | $150.00 | Nick reviewed ltr. from LN alleging bad faith |
| 2/10/2015 | 0.6 | 250 | Conlon | $150.00 | Nick researched lundy as applied to multiple P allegations in complaint |
| 2/9/2015 | 0.4 | 250 | Conlon | $100.00 | phone conv. w/ Konate re: Himani's role at CFC and PP |
| 2/9/2015 | 0.5 | 250 | Conlon | $125.00 | Nick researched pleading standards for single integrated enterprise |
| 2/7/2015 | 2 | 250 | Conlon | $500.00 | Added Konate allegations and Himani/504 Clarkson as D's to amended complaint |

| Date | Hours | Rate | Attorney | Amount | Description |
|---|---|---|---|---|---|
| 2/6/2015 | 0.5 | 250 | Conlon | $125.00 | Drafted ltr. to LN re: allegations of bad faith |
| 2/6/2015 | 0.3 | 250 | Conlon | $75.00 | phone conv. w/ LN re: amending complaint to add more P's and D's |
| 2/6/2015 | 0.2 | 250 | Conlon | $50.00 | Filed Konate CTS |
| 2/6/2015 | 0.2 | 250 | Conlon | $50.00 | Filed extension of time to answer |
| 2/6/2015 | 0.3 | 250 | Conlon | $75.00 | filed WOS |
| 2/5/2015 | 0.4 | 250 | Conlon | $100.00 | phone conv. w/ LN re: amending complaint to address venue issue |
| 2/5/2015 | 0.5 | 250 | Conlon | $125.00 | phone conv. w/ Konate about which restaurants of D's he's worked for and what Himani's involvement in each was. |
| 2/4/2015 | 0.4 | 250 | Conlon | $100.00 | Drafted stipulation extending D's time to answer |
| 2/4/2015 | 0.3 | 250 | Conlon | $75.00 | phone conv. w/ d counsel re: amending the complaint to change venue |
| 2/3/2015 | 0.3 | 100 | Pereyra | $30.00 | drafted and sent retainer to Konate |
| 2/2/2015 | 0.5 | 250 | Conlon | $125.00 | Drafted response to LN's 1/26/15 ltr. re: improper venue |
| 1/28/2015 | 0.3 | 250 | Conlon | $75.00 | Exchanged e-mail correspondence w/ Konate re: desire to participate in case |
| 1/27/2015 | 1.2 | 250 | Conlon | $300.00 | Researched proper remedy for improper venue |
| 1/27/2015 | 0.3 | 250 | Conlon | $75.00 | Reviewed letter from LN re: improper venue |
| 1/26/2015 | 0.3 | 250 | Conlon | $75.00 | Reviewed ltr. from def. counsel LN re: prior call discussing transfer |
| 1/21/2015 | 0.5 | 250 | Conlon | $125.00 | Phone call w/ PP employee Seydou Konate |
| 1/13/2015 | 0.2 | 250 | Conlon | $50.00 | Printed Electronic Preservation Notice and faxed to LN |
| 1/13/2015 | 0.3 | 250 | Conlon | $75.00 | phone conv. w/ Lee Nureswa re: need to possible transfer case to SDNY |
| 12/10/2014 | 1.4 | 100 | Pereyra | $140.00 | intakes w/ SC and FP in prep for 216(b) motion |
| 12/10/2014 | 1.1 | 250 | Conlon | $275.00 | intake w/ Chimbay re: similarly situated employees |
| 12/10/2014 | 0.4 | 100 | Weser | $40.00 | created and shipped USPS WOS to Def. |
| 12/9/2014 | 0.6 | 250 | Conlon | $150.00 | Wrote e-mail to EP re: intake questions to SC and FP in prep for 216(b) motion |
| 12/8/2014 | 0.8 | 250 | Conlon | $200.00 | Filed complaint; final review and revisions, completed civil cover sheet, opened case on ECF, electronically filed complaint |
| 11/20/2014 | 0.3 | 250 | Conlon | $75.00 | mailed complaint for Plaintiff verification |
| 11/13/2014 | 0.8 | 100 | Pereyra | $80.00 | phone conv. w/ Chimbay about damage calculations |
| 11/13/2014 | 0.6 | 250 | Conlon | $150.00 | researched fluctuating workweek and how to plead 1.5 damages rather than half time |
| 11/13/2014 | 0.8 | 250 | Conlon | $200.00 | phone conv. w/ Chimbay about fluctuating workweek |
| 11/13/2014 | 4.3 | 250 | Conlon | $1,075.00 | drafted complaint |
| 11/12/2014 | 0.4 | 100 | Pereyra | $40.00 | phone conv. w/ FP re: dates of employment, work locations, similarly situated employees |
| 11/12/2014 | 0.4 | 250 | Conlon | $100.00 | phone conv. w/ FP re: dates of employment, work locations, similarly situated employees |
| 10/31/2014 | 0.9 | 250 | Conlon | $225.00 | intake w/ FP |
| 10/31/2014 | 0.8 | 250 | Conlon | $200.00 | follow-up intake w/ Chimbay |
| 10/31/2014 | 0.9 | 100 | Pereyra | $90.00 | intake w/ FP |
| 10/31/2014 | 0.8 | 100 | Pereyra | $80.00 | follow-up intake w/ Chimbay |
| 10/14/2014 | 0.4 | 250 | Conlon | $100.00 | initial intake w/ Chimbay |
| **TOTAL** | **326.55** | | | **$81,429.00** | |